Kirk C. Chamberlin (SBN 132946)
Lyndon H. Hong (SBN 207211)
**CHAMBERLIN KEASTER & BROCKMAN LLP**
16000 Ventura Boulevard, Suite 700
Encino, CA 91436-2758
(818) 385-1256 / F: (818) 385-1802
KChamberlin@ckbllp.com
LHong@ckbllp.com

**E-Filed 5/12/2010**

Attorneys for Plaintiff
Chubb Custom Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT, CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, for itself and as subrogee of, and in the name of TAUBE-KORET CAMPUS FOR JEWISH LIFE,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation, directly and as successor in interest to FORD AEROSPACE & COMMUNICATIONS CORPORATION, FORD MOTOR COMPANY, a Delaware corporation, as predecessor in interest to FORD AEROSPACE & COMMUNICATIONS CORPORATION, SUN MICROSYSTEMS, INC., a Delaware corporation, CHEVRON CORPORATION, a Delaware corporation, and HARMAN STEVENSON INC., a California corporation, dba KFC,<br><br>Defendants. | Case No.: C 09-4485 JF (PVT)<br><br>[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2. |

CHAMBERLIN KEASTER & BROCKMAN LLP
2482-342-CMC-STIPULATION-PLD

[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1  WHEREAS, on January 15, 2010, the Court continued the Case Management Conference to May 28, 2010, at 10:30 a.m.;

2  WHEREAS, on March 25, 2010, plaintiff Chubb Custom Insurance Company ("Plaintiff") filed a First Amended Complaint against Defendants Ford Motor Company ("Ford Motor"), Chevron Corporation ("Chevron"), Sun Microsystems, Inc. ("Sun"), Harman-Stevenson, Inc. ("Harman/KFC"), and Space Systems/Loral, Inc. ("SS/L");

3  WHEREAS, the parties agreed to extend the deadline for Defendants Ford Motor, Chevron, Sun, Harman/KFC, and SS/L to respond to the First Amended Complaint to and including May 3, 2010, and subsequently agreed to further extend Defendant Harman/KFC's deadline to respond to the First Amended Complaint to and including May 13, 2010;

4  WHEREAS, on May 3, 2010, Defendant Space Systems/Loral, Inc. filed an Answer to Plaintiff's First Amended Complaint, while Defendants Ford Motor, Chevron and Sun, filed motions to dismiss or strike Plaintiff's First Amended Complaint and noticed the hearing on Defendants' motions for June 18, 2010, at 9:00 a.m.

5  WHEREAS, on May 6, 2010, the parties participated in the Fed. R. Civ. P. Rule 26(f) conference.

6  WHEREAS, the parties have agreed, subject to the Court's approval and scheduling order, to continue the current date of the Case Management Conference to coincide with the hearing on Defendants' motions on June 18, 2010.

7  WHEREAS, Plaintiff and Defendants Ford Motor, Chevron, Sun and Harman/KFC have agreed, subject to the Court's approval and scheduling order, to postpone their respective initial disclosures and discovery until after the Case Management Conference.

///
///
///
///
///

CHAMBERLIN KEASTER & BROCKMAN LLP
2482-342-CMC-STIPULATION-PLD

2
[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1   NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties to this action, by
2   and through their undersigned counsel, hereby stipulate and agree that the above deadlines be
3   continued, subject to the Court's approval and scheduling order, as follows:
4       1.   The Case Management Conference is continued to June 18, 2010; and
5       2.   The parties' Fed. R. Civ. P. Rule 26(f) conference is continued to July 25, 2010.

7   Dated: May 10, 2010

8                                   CHAMBERLIN KEASTER & BROCKMAN LLP

10                                          / s / Lyndon H. Hong
                                    By_____
11                                          Kirk C. Chamberlin
                                            Lyndon H. Hong
                                            Penelope S. Park
12                                  Attorneys for Plaintiff
                                    Chubb Custom Insurance Company

14
15  Dated: May 10, 2010

16                                  SHOOK HARDY & BACON LLP

17                                          / s / Kevin T. Haroff
                                    By _____
18                                          Kevin T. Haroff
                                            Katherine A. Wolf
19                                  Attorneys for Defendant
                                    Ford Motor Company

21  Dated: May 10, 2010

22                                  ROGERS JOSEPH O'DONNELL

23
                                            / s / Robert C. Goodman
24                                  By _____
                                            Robert C. Goodman
25                                          Ann M. Blessing
                                            D. Kevin Shipp
26                                  Attorneys for Defendant
                                            Chevron Corporation

27
28

CHAMBERLIN KEASTER &
BROCKMAN LLP
2482-342-CMC-
STIPULATION-PLD

3
[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE
PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

Dated: May 10, 2010

                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

                         / s / Alexander M.R. Lyon
              By _____
                  David M. Walsh
                  Geoffrey T. Stover
                  Alexander M.R. Lyon
                  Attorneys for Defendant
                  Space Systems/Loral, Inc.

Dated: May 10, 2010

                    HOLME ROBERTS & OWEN LLP

                         / s / Katheryn Coggon
              By _____
                  Linnea Brown
                  Katheryn Coggon
                  Attorneys for Defendant
                  Sun Microsystems, Inc.

Dated: May 10, 2010

                    MCKAY, BURTON & THURMAN

                         / s / Nickolas S. Rice
              By _____
                  Bruce J. Boehm
                  Nickolas S. Rice
                  Attorneys for Defendant
                  Harman-Stevenson, Inc.

CHAMBERLIN KEASTER &
BROCKMAN LLP
2482-342-CMC-
STIPULATION-PLD

4

[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE
PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1  Pursuant to Local Rule 6-2(a) I attest that the above stipulation sets forth the reasons for
2  the requested continuance, that all previous time modifications in the case, whether by stipulation
3  or Court order have been disclosed.  Further, the above requested continuance will not unduly
4  effect the schedule for the case in light of the motions to dismiss or strike Plaintiff's First
5  Amended Complaint filed by defendants Ford Motor Company, Chevron Corporation and Sun
6  Microsystems, Inc.

8  Dated: May 10, 2010

CHAMBERLIN KEASTER & BROCKMAN LLP

By  / s / Lyndon H. Hong
_____
    Kirk C. Chamberlin
    Lyndon H. Hong
Attorneys for Plaintiff
Chubb Custom Insurance Company

20  PURSUANT TO STIPULATION, IT IS SO ORDERED:

22  Dated: May  12 , 2010

_____
JEREMY FOGEL
United States District Judge

CHAMBERLIN KEASTER & BROCKMAN LLP
2482-342-CMC-STIPULATION-PLD

5
[PROPOSED] STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)