Linnea Brown (CA State Bar No. 225792)
Katheryn Coggon (admitted *Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
(415) 268-2000
Fax: (415) 268-1999
nea.brown@hro.com; katheryn.coggon@hro.com

Attorneys for Sun Microsystems, Inc.

**E-Filed 6/16/10**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, for itself and as subrogee of, and in the name of TAUBE-KORET CAMPUS FOR JEWISH LIFE,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., et al.,<br><br>Defendants. | CASE NO. C-09-04485 JF<br><br>**DEFENDANT SUN MICROSYSTEMS, INC.'S REQUEST AND [PROPOSED] ORDER TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>The Honorable Jeremy D. Fogel |

The Court having considered the Request of Defendant Sun Microsystems, Inc. and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant's counsel, Holme Roberts & Owen LLP, may appear the Case Management Conference by telephone.

Dated: 6/16/10

_____
The Honorable Jeremy Fogel

---

Defendant Sun Microsystems, Inc.'s Request and [Proposed] Order to Appear at Case Management Conference By Telephone
Case No. C-09-04485 JF

#1477837 v1 den