Bruce J. Boehm (Cal. Bar No. 186715)
David L. Bird (Pro Hac Vice)
Nickolas S. Rice (Pro Hac Vice)
McKAY, BURTON & THURMAN
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
Email: bboehm@mbt-law.com
       dbird@mbt-law.com
       nrice@mbt-law.com

**E-Filed 6/16/10**

Attorneys for Defendant Harman-Stevenson, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, for itself and as subrogee of, and in the name of TAUBE-KORET CAMPUS FOR JEWISH LIFE,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., et al.<br><br>Defendants. | Case No. C-09-04485 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HARMAN-STEVENSON, INC.'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE<br><br><br>The Honorable Jeremy D. Fogel |

The Court having considered the Request of Defendant Harman-Stevenson, Inc. to appear by telephone at the June 18, 2010 Case Management Conference and Hearing and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant's counsel, McKay, Burton & Thurman, may appear at the Case Management Conference by telephone.

Dated June 16 , 2010

_____
The Honorable Jeremy Fogel

1

[PROPOSED] ORDER GRANTING DEFENDANT
HARMAN-STEVENSON, INC.'S REQUEST TO
APPEAR AT CASE MANAGEMENT CONFERENCE
BY TELEPHONE

CASE NO. C-09-04485 JF