1  ROGERS JOSEPH O'DONNELL
   ROBERT C. GOODMAN (State Bar No. 111554)
2  ANN M. BLESSING (State Bar No. 172573)
   D. KEVIN SHIPP (State Bar No. 245947)
3  311 California Street
   San Francisco, California 94104
4  Tel     415.956.2828
   Fax     415.956.6457
5  rgoodman@rjo.com, ablessing@rjo.com, kshipp@rjo.com

6  Attorneys for Defendant CHEVRON CORPORATION

7  KIRK C. CHAMBERLIN (State Bar No. 132946)
   PENELOPE S. PARK (State Bar No. 220452)
8  CHAMBERLIN KEASTER & BROCKMAN LLP
   16000 Ventura Boulevard, Suite 700
9  Encino, CA  91436-2758
   Tel     818.385.1256
10 Fax     818.385.1802
   kchamberlin@ckbllp.com, ppark@ckbllp.com
11
   Attorneys for Plaintiff CHUBB CUSTOM INSURANCE COMPANY
12
                 UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN JOSE DIVISION
15

16 CHUBB CUSTOM INSURANCE                    Case No. C-09-04485 JF
   COMPANY, for itself and as subrogee of,
17 and in the name of TAUBE-KORET            **STIPULATION AND [PROPOSED]**
   CAMPUS FOR JEWISH LIFE,                   **ORDER TO EXTEND TIME FOR**
18                                           **DEFENDANTS CHEVRON**
                 Plaintiff,                  **CORPORATION, SUN**
19                                           **MICROSYSTEMS, INC., FORD MOTOR**
         vs.                                 **COMPANY AND HARMAN-**
20                                           **STEVENSON, INC. TO RESPOND TO**
   SPACE SYSTEMS/LORAL, INC., a              **SECOND AMENDED COMPLAINT;**
21 Delaware corporation, directly and as     **PROPOSED BRIEFING SCHEDULE;**
   successor in interest to FORD             **DECLARATION OF D. KEVIN SHIPP**
22 AEROSPACE & COMMUNICATIONS               **IN SUPPORT THEREOF**
   CORPORATION, FORD MOTOR
23 COMPANY, a Delaware corporation, as
   predecessor in interest to FORD
24 AEROSPACE & COMMUNICATIONS               Amended Complaint Filed:  July 23, 2010
   CORPORATION, SUN MICROSYSTEMS,
25 INC., a Delaware corporation, CHEVRON    Honorable Jeremy D. Fogel
   CORPORATION, a Delaware corporation,
26 and HARMAN STEVENSON INC., a
   California corporation, dba KFC,
27
                 Defendants.
28
                                                                    Page 1

Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to Second Amended Complaint;
Proposed Briefing Schedule
Case No.: C09 04485 JF

292981.5

## **DECLARATION OF D. KEVIN SHIPP**

1.        I am an associate at the law firm of Rogers Joseph O'Donnell, attorneys for Defendant Chevron Corporation.  I know the following facts on my own personal knowledge and if called upon could and would competently testify thereto.

2.        Plaintiff's Second Amended Complaint was filed on July 23, 2010.

3.        The responses of Defendants Chevron Corporation, Ford Motor Company, Harman-Stevenson, Inc. (currently known as Harman-Prudence, Inc.), and Sun Microsystems, Inc. (collectively "Defendants") to the Second Amended Complaint are otherwise due by August 9, 2010.

4.        Plaintiff and Defendants have agreed to extend the deadline for Defendants to respond to the Second Amended Complaint to and including September 8, 2010.  This extension will not alter the date of any event or any deadline already fixed by Court order.

5.        Certain Defendants may file a motion to dismiss the Second Amended Complaint.

6.        Plaintiff and Defendants have met and conferred regarding the hearing date for any such motions as required by the Standing Order Regarding Case Management In Civil Cases issued on July 30, 2010, as well as a briefing schedule for such a motion.

7.        Plaintiff and Defendants have been advised by the Court Deputy that October 29, 2010 is an available date for any hearing on a motion to dismiss.

8.        Pursuant to Local Rule 7-3 Plaintiff's opposition brief would otherwise be due on October 8, 2010 and Defendants' reply briefs would be due on October 15, 2010.

9.        Plaintiff requested that Defendants agree to modify the briefing schedule established by Local Rule 7-3 to accommodate Plaintiff's counsel's unavailability from September 14 through October 3, 2010.

10.        Plaintiff and Defendants have agreed to extend the time for Plaintiff to file an opposition brief by five days to October 13, 2010 and to delay the filing of any reply

Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to Second Amended Complaint;
Proposed Briefing Schedule
Case No.: C09 04485 JF

292981.5

1    brief by five days to October 20, 2010.

2              I declare under penalty of perjury that the foregoing is true and correct.

3    Executed this 5th day of August 2010 in San Francisco, California.

4

5                                    _/s/ D. Kevin Shipp_____
                                     D. Kevin Shipp

6

7              IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a),

8    by the parties to this action, by and through their undersigned counsel, as follows:

9              A.      Defendants shall file and serve their response to the Second Amended

10   Complaint on or before September 8, 2010.

11             B.      If Defendants file a motion to dismiss the Second Amended Complaint,

12   they will request that the motion be heard on October 29, 2010.

13             C.      If Defendants file a motion to dismiss the Second Amended Complaint,

14   any opposition brief will be due on October 13, 2010.

15             D.      If Defendants file a motion to dismiss the Second Amended Complaint,

16   any reply brief will be due on October 20, 2010.

17   Dated:  August 5, 2010               CHAMBERLIN KEASTER & BROCKMAN
                                          LLP
18

19                                        By:_ _/s/ Kirk C. Chamberlin_____
                                               KIRK C. CHAMBERLIN
20                                        Attorney for Plaintiff
                                          CHUBB CUSTOM INSURANCE COMPANY
21

22

23   Dated:  August 5, 2010               ROGERS JOSEPH O'DONNELL

24

25                                        By:_ _/s/ D. Kevin Shipp_____
                                               D. KEVIN SHIPP
26                                        Attorney for Defendant
                                          CHEVRON CORPORATION
27

28
                                                                              Page 3

Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to Second Amended Complaint;
Proposed Briefing Schedule
Case No.: C09 04485 JF

                                                                              292981.5

1

2   Dated:  August 5, 2010                    HOLME ROBERTS & OWEN LLP

3

4                                             By:___/s/ Katheryn Coggon_____
                                                    KATHERYN COGGON
5                                             Attorney for Defendant
                                              SUN MICROSYSTEMS, INC.
6

7   Dated:  August 5, 2010                    SHOOK, HARDY AND BACON, L.L.P.

8

9                                             By:___/s/ Kevin T. Haroff_____
                                                    KEVIN T. HAROFF
10                                            Attorney for Defendant
                                              FORD MOTOR COMPANY
11

12  Dated:  August 5, 2010                    McKAY, BURTON, & THURMAN

13                                            By:___/s/ Nickolas S. Rice_____
                                                    NICKOLAS S. RICE
14                                            Attorney for Defendant
                                              HARMAN-STEVENSON, INC. (currently known
15                                            as Harman-Prudence, Inc.)

16

17  I attest that concurrence in the filing of this document has been obtained from Kirk C.

18  Chamberlin for Plaintiff, Katheryn Coggon for Defendant Sun Microsystems, Inc., Kevin T.

19  Haroff for Defendant Ford Motor Company; and Nickolas S. Rice for Defendant Harman-

20  Stevenson, Inc. (currently known as Harman-Prudence, Inc.).

21
                                              By:___/s/ D. Kevin Shipp_____
22                                                  D. KEVIN SHIPP
                                              Attorney for Defendant
23                                            CHEVRON CORPORATION

24       IT IS SO ORDERED.

25

26  DATED: __8/9/10_____      By _____
                                              JUDGE JEREMY D. FOGEL
27                                      UNITED STATES DISTRICT JUDGE

28

Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to Second Amended Complaint;
Proposed Briefing Schedule
Case No.: C09 04485 JF

292981.5