| | |
|---|---|
| Kirk C. Chamberlin (SBN 132946)<br>Penelope S. Park (SBN 220452)<br>**CHAMBERLIN KEASTER & BROCKMAN LLP**<br>16000 Ventura Boulevard, Suite 700<br>Encino, CA 91436-2758<br>(818) 385-1256 / F: (818) 385-1802<br>KChamberlin@ckbllp.com<br>PPark@ckbllp.com<br><br>Attorneys for Plaintiff<br>Chubb Custom Insurance Company | **E-Filed 9/9/2010** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT, CALIFORNIA**

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, for itself and as subrogee of, and in the name of TAUBE-KORET CAMPUS FOR JEWISH LIFE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation, directly and as successor in interest to FORD AEROSPACE & COMMUNICATIONS CORPORATION, FORD MOTOR COMPANY, a Delaware corporation, as predecessor in interest to FORD AEROSPACE & COMMUNICATIONS CORPORATION, SUN MICROSYSTEMS, INC., a Delaware corporation, CHEVRON CORPORATION, a Delaware corporation, and HARMAN STEVENSON INC., a California corporation, dba KFC,<br><br>　　　　　　Defendants. | Case No.: C 09-4485 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.** |

CHAMBERLIN KEASTER & BROCKMAN LLP
2482-342-STIP-CMC-PLD

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1      WHEREAS, on July 23, 2010, plaintiff Chubb Custom Insurance Company ("Plaintiff")
2 filed a Second Amended Complaint against Defendants Ford Motor Company ("Ford Motor"),
3 Chevron Corporation ("Chevron"), Sun Microsystems, Inc. ("Sun"), Harman-Stevenson, Inc.
4 ("Harman/KFC"), and Space Systems/Loral, Inc. ("SS/L");
5      WHEREAS, Plaintiff agreed to extend the deadline for Defendants Ford Motor, Chevron,
6 Sun and Harman/KFC to respond to the Second Amended Complaint up to and including
7 September 8, 2010;
8      WHEREAS, Plaintiff agreed to further extend the deadline for Defendants Sun and
9 Harman/KFC to respond to the Second Amended Complaint up to and including September 22,
10 2010;
11      WHEREAS, Defendants Chevron and Ford Motor intend to file motions to dismiss or
12 strike and have reserved a hearing date of October 29, 2010;
13      WHEREAS, the parties have agreed, subject to the Court's approval and scheduling order,
14 to continue the current date of the Case Management Conference to coincide with the reserved
15 hearing date of October 29, 2010.
16      WHEREAS, the parties have agreed, subject to the Court's approval and scheduling order,
17 to postpone their respective initial disclosures and discovery until after the Case Management
18 Conference.
19      NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties to this action, by
20 and through their undersigned counsel, hereby stipulate and agree that the above deadlines be
21 continued, subject to the Court's approval and scheduling order, as follows:
22      1.   The Case Management Conference is continued to October 29, 2010; and
23      2.   The parties' Fed. R. Civ. P. Rule 26(f) conference is continued to November 30,
24           2010.
25 ///
26 ///
27 ///
28 ///

CHAMBERLIN KEASTER
& BROCKMAN LLP
2482-342-STIP-CMC-PLD

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES
OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1  Dated: September 9, 2010

2              CHAMBERLIN KEASTER & BROCKMAN LLP

3

4              By  / s / Penelope S. Park
                  _____
                  Kirk C. Chamberlin
5                 Penelope S. Park
                  Attorneys for Plaintiff
6                 Chubb Custom Insurance Company

7  Dated: September 9, 2010

8              SHOOK HARDY & BACON LLP

9

10             By  / s / Kevin T. Haroff
                  _____
                  Kevin T. Haroff
11                Katherine A. Wolf
                  Attorneys for Defendant
12                Ford Motor Company

13 Dated: September 9, 2010

14             ROGERS JOSEPH O'DONNELL

15

16             By  / s / Robert C. Goodman
                  _____
                  Robert C. Goodman
17                Ann M. Blessing
                  D. Kevin Shipp
18                Attorneys for Defendant
                  Chevron Corporation

19

20 Dated: September 9, 2010

21             PAUL, HASTINGS, JANOFSKY & WALKER LLP

22

23             By  / s / Alexander M.R. Lyon
                  _____
                  David M. Walsh
24                Geoffrey T. Stover
                  Alexander M.R. Lyon
25                Attorneys for Defendant
                  Space Systems/Loral, Inc.

26

27 ///

28 ///

CHAMBERLIN KEASTER
& BROCKMAN LLP
2482-342-STIP-CMC-PLD

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES
OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

Dated: September 9, 2010

                        HOLME ROBERTS & OWEN LLP

By   / s / Katheryn Coggon
       _____
       Linnea Brown
       Katheryn Coggon
Attorneys for Defendant
Sun Microsystems, Inc.

Dated: September 9, 2010

                        MCKAY, BURTON & THURMAN

By   / s / David J. Bird
       _____
       David J. Bird
       Bruce J. Boehm
       Nickolas S. Rice
Attorneys for Defendant
Harman-Stevenson, Inc.

CHAMBERLIN KEASTER
& BROCKMAN LLP
2482-342-STIP-CMC-PLD

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES
OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)

1     Pursuant to Local Rule 6-2(a) I attest that the above stipulation sets forth the reasons for
2 the requested continuance, that all previous time modifications in the case, whether by stipulation
3 or Court order have been disclosed.  Further, the above requested continuance will not unduly
4 effect the schedule for the case in light of the anticipated motions to dismiss or strike Plaintiff's
5 Second Amended Complaint filed by Defendants Chevron and Ford Motor.

7 Dated: September 9, 2010

8                                 CHAMBERLIN KEASTER & BROCKMAN LLP

10                                      By   / s / Penelope S. Park
11                                         Kirk C. Chamberlin
                                          Penelope S. Park
12                                 Attorneys for Plaintiff
                                Chubb Custom Insurance Company

19 PURSUANT TO STIPULATION, IT IS SO ORDERED:

21 Dated: September __9__, 2010

23                                 JEREMY FOGEL
                                United States District Judge

CHAMBERLIN KEASTER
& BROCKMAN LLP
2482-342-STIP-CMC-PLD

5

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES
OF THE PARTIES PURSUANT TO FED. R. CIV. P. 26(f)(3)(A) AND LOCAL RULE 6-2.
Case No. C 09-4485 JF (PVT)